IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CARDARYLO J. SNYDER　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
#20382

v.　　　　　　　　　　No. 3:22-cv-181-DPM

FELICIA ROWLAND and DOES,
Greene County Detention Center Staff　　　　　　　　　　　DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Snyder hasn't filed a second amended complaint; and the time to do so has passed. *Doc.* 7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2022