IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARDARYLO J. SNYDER**  PLAINTIFF
**#20382**

v.  No. 3:22-cv-181-DPM

**FELICIA ROWLAND and DOES,**
**Greene County Detention Center Staff**  DEFENDANTS

**JUDGMENT**

Snyder's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2022